UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

    Plaintiff/Third-Party Defendant,

v.                                               Case No. 1:09-CV-401

DUANE J. STANTON,                   HON. GORDON J. QUIST

    Defendant/Third-Party Plaintiff,

v.

TROTT & TROTT, P.C., et al.,

    Third-Party Defendants.
_____/

## **ORDER**

In accordance with the Opinion entered on this date,

**IT IS HEREBY ORDERED** that Defendant's Motion to Remand Case and Dismissal or Summary Judgment as to Complaint (Third Party Complaint) (docket no. 8) is **GRANTED IN PART**. The motion is **granted** with respect to the request for remand. Therefore, this case is hereby **remanded** to the State of Michigan, 2d District Court, 2d Division, pursuant to 28 U.S.C. § 1447(c).

Dated: July 22, 2009                                   /s/ Gordon J. Quist
                                                       GORDON J. QUIST
                                             UNITED STATES DISTRICT JUDGE